AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| John Wesley Noffz,<br>*Plaintiff*<br>v.<br>Austin Maintenance & Construction, Inc.,<br>*Defendant* | )<br>)<br>) Civil Action No.    8:16-cv-00208-MGL<br>)<br>) |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($___), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: the defendant's motion to dismiss is granted and this case is dismissed to arbitration.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Mary Geiger Lewis.

Date:   August 15, 2016                    *ROBIN L. BLUME, CLERK OF COURT*

                                           *s/Ashley Buckingham*
                                           *Signature of Clerk or Deputy Clerk*